# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2024-0151, <u>Scott Foley & a. v. Town of Atkinson</u>, the court on May 15, 2025, issued the following order:**

The court has reviewed the written arguments and the record submitted on appeal, and has determined to resolve the case by way of this order. <u>See Sup. Ct. R.</u> 20(3). The plaintiffs, Scott Foley and Megan Duffy, appeal an order of the Superior Court (<u>Schulman</u>, J.) affirming a decision of the zoning board of adjustment (ZBA) for the defendant, the Town of Atkinson, granting an applicant's request to modify a variance condition relating to the construction of a driveway on the applicant's property. We affirm.

The plaintiffs argue that the trial court erred because: (1) RSA 674:33 (Supp. 2024) requires the ZBA to consider the RSA 674:33, I(a)(2) variance factors when deciding whether to modify a variance condition; (2) the court concluded that the requirement for modification or elimination of a variance condition is either that the condition is no longer necessary to observe the spirit of the ordinance or that the modified condition also observes the spirit of the ordinance; and (3) it concluded that a substantial change in circumstances did not require the ZBA to analyze the statutory variance factors.

As the appealing parties, the plaintiffs have the burden of demonstrating reversible error. <u>Gallo v. Traina</u>, 166 N.H. 737, 740 (2014). Based upon our review of the trial court's well-reasoned order, the plaintiffs' challenges to it, the relevant law, and the record submitted on appeal, we conclude that the plaintiffs have not demonstrated reversible error. <u>See</u> <u>id</u>.; <u>Sup. Ct. R.</u> 25(8).

<u>Affirmed</u>.

MACDONALD, C.J., and BASSETT, DONOVAN, and COUNTWAY, JJ., concurred.

<b>Timothy A. Gudas,<br>Clerk</b>